```
 1  Yitai Hu (admission pending) (yhu@akingump.com)
    Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
 2  S.H. Michael Kim (SBN 203491) (mkim@akingump.com)
 3  AKIN GUMP STRAUSS HAUER & FELD LLP
    Two Palo Alto Square
 4  3000 El Camino Real, Suite 400
    Palo Alto, CA 94306
 5  Telephone: (650) 838-2000
    Facsimile: (650) 838-2001
 6
 7  Daniel Perez (pro hac vice motion pending)
    Todd Landis (pro hac vice motion pending)
 8  AKIN GUMP STRAUSS HAUER & FELD LLP
    1700 Pacific Avenue, Suite 4100
 9  Dallas, TX 75201-4675
    Tel: (214) 969-2800
10  Fax: (214) 969-4343

11  Attorneys for Plaintiff
12  PROMOS TECHNOLOGIES INC.
```

RECEIVED SEP 25 PM — ORIGINAL
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROMOS TECHNOLOGIES INC.,<br><br>Plaintiff,<br><br>v.<br><br>MOSAID TECHNOLOGIES, INCORPORATED<br><br>Defendant. | Case No. C-06-05788 JCS<br><br>[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY DANIEL PEREZ *PRO HAC VICE* |

1   Daniel Perez, an active member in good standing of the Bar of the States of Texas and
2   California, and who is admitted to practice before the Northern, Southern, Eastern and Western
3   Districts of Texas, the Central District of California, the Northern District of Illinois, and the U.S.
4   Courts of Appeals for the Fifth Circuit and the Federal Circuit, having applied in the above-captioned
5   action for admission to practice in the Northern District of California on a *pro hac vice* basis representing
6   Plaintiff ProMOS Technologies Inc. in the above-entitled action.

7   **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and
8   conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate his appearance *pro*
9   *hac vice*. Service of papers upon and communication with co-counsel designated in the application will
10  constitute notice to the party. All future filings in this action are subject to the requirements contained in
11  General Order No. 45, Electronic Case Filing.

13  Dated: 9/26/06

_____
The Honorable Joseph C. Spero

[Proposed] Order Granting Application                                    Case No. C-06-05788 JCS
For Admission Of Daniel Perez *Pro Hac Vice*

2