```
 1  Yitai Hu (admission pending) (yhu@akingump.com)
    Sean P. DeBruine (SBN 168071)(sdebruine@akingump.com)
 2  S.H. Michael Kim (SBN 203491) (mkim@akingump.com)
    AKIN GUMP STRAUSS HAUER & FELD LLP
 3  Two Palo Alto Square
    3000 El Camino Real, Suite 400
 4  Palo Alto, CA 94306
 5  Telephone: (650) 838-2000
    Facsimile: (650) 838-2001
 6
 7  Daniel Perez (pro hac vice motion pending)
    Todd Landis (pro hac vice motion pending)
 8  AKIN GUMP STRAUSS HAUER & FELD LLP
    1700 Pacific Avenue, Suite 4100
 9  Dallas, TX 75201-4675
    Tel: (214) 969-2800
10  Fax: (214) 969-4343

11  Attorneys for Plaintiff
    PROMOS TECHNOLOGIES INC.
12
```

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PROMOS TECHNOLOGIES INC., <br><br> Plaintiff, <br><br> v. <br><br> MOSAID TECHNOLOGIES, INCORPORATED <br><br> Defendant. | Case No. C-06-05788 JCS <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY TODD LANDIS *PRO HAC VICE* |

1    Todd Landis, an active member in good standing of the Bar of the State of Texas, and who is
2    admitted to practice before the Northern, Southern, and Eastern Districts of Texas, and the U.S. Court
3    of Appeals for the Federal Circuit, having applied in the above-captioned action for admission to
4    practice in the Northern District of California on a *pro hac vice* basis representing Plaintiff ProMOS
5    Technologies Inc. in the above-entitled action.

6    **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and
7    conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate his appearance *pro*
8    *hac vice*. Service of papers upon and communication with co-counsel designated in the application will
9    constitute notice to the party. All future filings in this action are subject to the requirements contained in
10   General Order No. 45, Electronic Case Filing.

12   Dated: 9/26/06

     _____
     The Honorable Joseph C. Spero

[Proposed] Order Granting Application                                    Case No. C-06-05788 JCS
For Admission Of Todd Landis *Pro Hac Vice*

2